UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Petitioner,        Misc. No. 16-mc-50330
                                             Hon. Matthew F. Leitman

-vs-

ALLAN R. HOWARD,

        Respondent.
_____/

## ORDER GRANTING PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

Petitioner having applied for an order to enforce an Internal Revenue Service Summons relating to the investigation into the tax liabilities of Allan R. Howard for the Form 1040 for the calendar years ending December 31, 2012, December 31, 2013, and December 31, 2014; and the petition and order having been personally served upon Allan R. Howard on March 7, 2016; this cause having come before the undersigned pursuant to the Order to Show Cause issued March 3, 2016, and due deliberation having been had herein;

**IT IS HEREBY ORDERED** that the Petition to Enforce Internal Revenue Service Summons is **GRANTED**; and

**IT IS FURTHER ORDERED** that the respondent, Allan R. Howard, appear before Revenue Officer Deborah Black or her designated representative at 10:00 a.m. on May 18, 2016, at 22600 Hall Road, Suite 102, Clinton Twp., Michigan, then and there to be sworn, to give testimony, and to produce for examination and copying the books, records, papers and other data demanded by the summons served upon Allan R. Howard on October 27, 2015, the examination to continue from day to day until completed.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 18, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 18, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113