UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

  -vs-

ALLAN R. HOWARD,

    Respondent.
_____/

MISC. NO. 16-mc-50330

HON. MATTHEW F. LEITMAN

## ORDER OF DISMISSAL

Petitioner having advised the Court that respondent, Allan R. Howard, has complied with the Internal Revenue Service Summons served upon him on October 27, 2015, by providing the Revenue Officer with the information sought in the summons;

**IT IS HEREBY ORDERED** that this case brought against respondent, Allan R. Howard, by the petitioner is hereby dismissed without prejudice and without costs to either party.

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:   July 1, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 1, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113
